UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LARRY HEGGEM,

    Plaintiff

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

NO. C14-1858-JLR

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.
2. The action is DISMISSED without prejudice for failure to pay the filing fee.
3. The Clerk shall send a copy of this Order to plaintiff and to Judge Donohue.

DATED this 15th day of March, 2015.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1